UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-mj-03529-Louis

UNITED STATES OF AMERICA

v.

TAVALAS RAMON ARCURMS and
FABIAN CHARLES OSMOND NATHANELS JR.,

**Defendants.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes  X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
MARIA L. CATALA
Assistant United States Attorney
Florida Bar No. 1000435
United States Attorney's Office
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9180
Maria.catala@usdoj.com

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
| v. | ) |
|  | ) Case No. 20-mj-03529-Louis |
| TAVALAS RAMON ARCURMS and | ) |
| FABIAN CHARLES OSMOND NATHANELS JR., | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 1, 2020 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in Possession of a Firearm |
| 18 U.S.C. § 1029(a)(3) | Possession of Fifteen or More Unauthorized Access Devices |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft |
| 18 U.S.C. § 1029(a)(4) | Possession of Access Device Making Equipment |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Kenneth Sealy, TFO USSS
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime

*Judge's signature*

Date: September 3, 2020

City and state: Miami, Florida  Hon. Lauren F. Louis, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenneth Sealy, being duly sworn, attest and affirm the following:

1. Your Affiant is a Detective with the Aventura Police Department, and have been so employed for approximately fifteen years. I am currently assigned as a Task Force Officer ("TFO") with the United States Service. Furthermore, I am a graduate of the Broward Institute of Public Safety Florida Law Enforcement Basic Recruit Academy, and have conducted many investigations involving counterfeit access devices and aggravated identity theft. I am responsible for conducting criminal investigations of the criminal statutes contained in Title 18 of the United States Code, and I am authorized to apply for and execute arrest warrants for offenses enumerated in Title 18 of the United States Code and to execute search warrants. I have received extensive training in the investigation of check fraud, bank fraud, access device fraud, and identity theft. I am an investigative or law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under the authority of Title 18, United States Code, Section 3056.

2. The information in this Affidavit is based upon my personal knowledge and information learned from other law enforcement agents, investigators, witnesses, and documents. This Affidavit is submitted for the limited purpose of establishing probable cause in support of the criminal complaint charging TAVALAS RAMON ARCURMS ("ARCURMS") with (i) possession of fifteen (15) or more unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3), (ii) aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1), and (iii) possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1) and charging FABIAN CHARLES OSMOND NATHANELS JR ("NATHANELS") with (i) possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1), and (ii) possession of access

device making equipment, in violation of Title 18, United States Code, Section 1029(a)(4). The facts set forth herein do not constitute all the facts known to law enforcement officers regarding this matter.

## **PROBABLE CAUSE**

### *Overview of the Federal Unemployment Insurance Program and CARES Act*

3. The federal government provides unemployment insurance ("UI") benefits for qualified people who are unable to work. State employment offices administer the UI system for the federal government. In California, the agency responsible for oversite is the California Employment Development Department ("EDD"). The U.S. Department of Labor funds all substantive and administrative costs for EDD.

4. A person can receive UI benefits by completing an online application using their personal identification information ("PII") (i.e., name, social security number, and date of birth, etc.). A UI-benefits claimant can file for weekly benefits by certifying online that the claimant is unemployed and eligible for such benefits.

5. On March 27, 2020, Congress passed the Coronavirus Aid, Relief, and Economic Security (CARES) Act and the President signed the CARES Act into law. The CARES Act included an economic relief package in excess of $2 trillion, which Congress designed to help the American people during the public health and economic crises related to the COVID-19 pandemic. The CARES Act provides for three new types of unemployment benefits:

   a. The Pandemic Unemployment Assistance ("PUA") program is a separate benefit program designed to cover many people who do not qualify for regular unemployment during the COVID-19 pandemic. This includes self-employed individuals, independent contractors, and part-time workers affected by COVID-19;

2

b. The Pandemic Emergency Unemployment Compensation ("PEUC") program is an extension of regular unemployment benefits that offers unemployment benefits up to thirteen weeks beyond what is available from regular unemployment benefits. The CARES Act made these PEUC benefits available between March 29, 2020, and December 26, 2020; and

c. The Federal Pandemic Unemployment Compensation ("FPUC") program provided an extra $600 per week on top of the regular or PUA unemployment benefits between March 29, 2020, and July 25, 2020. The FPUC is available for everyone on regular unemployment or PUA, except those receiving training benefits.

### *Traffic Stop of ARCURMS*

6. On August 11, 2020, local law enforcement observed a black Nissan Rouge with illegally tinted windows and driving in a reckless manner in violation of Florida Uniformed Traffic Code. Local law enforcement attempted to initiate a traffic stop by activating their lights and sirens; however, the vehicle fled from officers at a high rate of speed.

7. Law enforcement stayed behind the vehicle until it eventually pulled over. Law enforcement then approached the driver who was subsequently identified as ARCURMS. ARCURMS was taken into State of Florida ("State") custody for fleeing and eluding at high speed and reckless driving in violation of Florida State Statutes. A search of ARCURMS' person incident to arrest revealed he was in possession of six (6) access devices in other persons' names: two (2) prepaid debit cards and four (4) EDD debit cards.[1]

---

[1] The EDD debit cards are cards onto which State of California unemployment benefits are funded.

3

8. One of the EDD debit cards found on ARCURMS' person was embossed with the name "R.W." and an account number ending in 8878. ARCURMS also had a Bank of America ATM withdrawal receipt in his pocket. The receipt showed that the EDD debit card ending in 8878 was used on August 1, 2020 to withdraw $1,000.00 in Miami-Dade County, Florida.

9. ARCURMS was released on bond from State custody on or about August 18, 2020, and placed on house arrest with ankle monitoring. The home address ARCURMS provided to probation was 253 NW 52nd Street, Miami, Florida.

### *Miami-Dade Investigation of NATHANELS*

10. On or about August 21, 2020, at approximately 9:05 a.m., local law enforcement discovered a video of NATHANELS on the social media application, Instagram. The video depicted NATHANELS holding a rifle with his right hand and cell phone in his left hand. The video showed NATHANELS inside a bedroom.

11. NATHANELS is currently on State felony probation/community control with ankle monitoring. The home address NATHANELS provided to probation was 253 NW 52nd Street, Miami, Florida.

12. NATHANELS' ankle monitoring report showed that he was at 253 NW 52nd Street, Miami, Florida, on the date and time the Instagram video was posted.

### *Search of Residence*

13. On September 1, 2020, local law enforcement executed a State residential search warrant at 253 NW 52nd Street, Miami, Florida. Prior to executing the warrant, State probation apprised law enforcement that there were two probationers with ankle monitors residing in the residence: ARCURMS and NATHANELS.

14. Inside NATHANELS' bedroom,[2] law enforcement found a loaded Draco AK-47 (7.62x39 caliber) semi-automatic pistol with a round of ammunition in the chamber. Additionally, law enforcement found several Glock magazines loaded with 40 caliber ammunition and a loaded high capacity 40 caliber Glock magazine 50 round drum.

15. Also inside NATHANELS' bedroom, law enforcement found a credit card reader-writer device in a box with two (2) blank white plastic cards. The reader-writer device found in NATHANELS' bedroom is capable of both pulling the information from a credit card and programming information onto a card. Based on my training and experience, I know that devices like the one found in NATHANELS' bedroom are used to create fraudulent access devices and are device-making equipment.

16. Your Affiant subsequently confirmed NATHANELS is currently on State probation for 2nd Degree Attempted Murder, Armed Robbery, and Felon in Possession of a Firearm, court case number F10-20534, to which he was sentenced to eight (8) years imprisonment. Your affiant verified that NATHANELS is a convicted felon, with six (6) felony convictions, and is not authorized to possess a firearm or ammunition. NATHANELS has not had his rights restored.

17. Inside ARCURMS' bedroom,[3] law enforcement found a Draco AK-47 7.62x39 caliber semi-automatic pistol laying on his bed. Law enforcement also observed multiple papers containing handwritten personal identification information (PII) of over fifty (50) victims. The PII included names, dates of births, and social security numbers of victims, as well as credit and debit cards and state-issued identifications in various victims' names. Law enforcement located the

---

[2] Inside NATHANELS' room, law enforcement found mail addressed to him, emails between him and his girlfriend, photographs of him and his girlfriend, and his State probation paperwork.
[3] Inside ARCURMS' bedroom, law enforcement found photographs of ARCURMS, mail addressed to him, and his State arrest paperwork from the August 11th arrest.

5

mailer for the EDD debit card in the name of "R.W," which was recovered from ARCURMS during the August 11, 2020 encounter.

18. Some of the credit and debit cards found in ARCURMS' bedroom were issued by banks headquartered outside the State of Florida.

19. Additionally, in ARCURMS' bedroom, law enforcement recovered unemployment benefits approval letters from various states, including California and Pennsylvania, in various victims' names. These letters showed weekly benefits were applied for and approved in those victims' names.

20. Your Affiant confirmed that ARCURMS is currently on State probation for being a felon in possession of a firearm and ammunition, court case number F17-00539, to which he was sentenced to two (2) years State prison. Your Affiant verified that ARCURMS is a convicted felon, with three (3) felony convictions, and is not authorized to possess a firearm or ammunition. ARCURMS has not had his rights restored.

21. Your Affiant confirmed that all firearms and ammunition found in NATHANELS' and ARCURMS' rooms were manufactured outside of the State of Florida and have, therefore, moved in interstate commerce.

### *Conclusion*

22. Based on the foregoing facts, your Affiant submits that probable cause exists to believe that:

    a) ARCURMS did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers and credit and debit card numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3), commit aggravated identity theft, in violation of Title 18, United States Code,

6

Section 1028A(a)(1), and was a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1); and

b) NATHANELS did knowingly and with intent to defraud, possess access device making equipment, in violation of Title 18, United States Code, Section 1029(a)(4), and was a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KENNETH SEALY, TASK FORCE OFFICER
UNITED STATES SECRET SERVICE

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 via FaceTime this 3 day of September 2020.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

7